IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

    Plaintiff,                    No. CIV S-03-2622 DFL PAN P

   vs.

S. WHEELER, et al.,

    Defendant.                ORDER

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  Defendants move to vacate a portion of the schedule.

        Pursuant to the May 31, 2005, schedule plaintiff had until February 17, 2006, to file and serve a pretrial statement, defendants had until March 3, 2006, to file and serve a pretrial statement, pretrial conference is set for March 10, 2006, and trial is set for May 30, 2006.

        Defendants' motion for summary judgment is pending.

        Accordingly, IT HEREBY IS ORDERED that defendants' February 28, 2006, motion to vacate scheduling dates is granted.

DATED: March 7, 2006.

UNITED STATES MAGISTRATE JUDGE

\004\elli2622.ord to vac sched